**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO:  8:00-CR-413-T-30MAP

JOSE LUIS CORONA

_____/

# ORDER

THIS CAUSE comes before the Court upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. #52).  According to procedure, the Clerk opened a corresponding **civil** case file pursuant to the instant petition**:  Jose Luis Corona v. United States of America, Case No. 8:05-cv-1213-T-30MAP**.  Pursuant to the pending civil case, it is not necessary to keep the motion pending in the criminal case file.  It is therefore

ORDERED AND ADJUDGED that:

1.     The Clerk is directed to terminate the Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (**Dkt. #52**) in the instant criminal action.

2.     All parties are directed to use the **civil** case number on all subsequent filings pertaining to Petitioner's Motion to Vacate.

3.     Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 remains under consideration by the Court in the **civil** file.

**DONE** and **ORDERED** in Tampa, Florida on July 7, 2005.

*[signature: James S. Moody, Jr.]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\PDF TEMP FILE\05-cv-1213.order.wpd*